UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERFORMANCE COAL COMPANY and ALLEN GUTHRIE & THOMAS, PLLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-01698-RJL |
| U.S. DEPARTMENT OF LABOR and MINE SAFETY AND HEALTH ADMINISTRATION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION FOR DISCOVERY**

Plaintiffs Performance Coal Company and Allen Guthrie & Thomas PLLC (collectively, "Plaintiffs") respectfully move the Court for partial summary judgment under Federal Rule of Civil Procedure 56(a), specifically seeking:

1. The release of all documents and information withheld by Defendants pursuant to Exemptions 5 and 7(A) of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA");

2. The release of all inspectors names withheld pursuant to FOIA Exemption 7(C); and

3. A finding that Defendants' searches for responsive documents were inadequate and an order that new searches be performed.

Plaintiffs further move the Court for an Order granting discovery under Rule 56(d), specifically seeking:

1. Deposition of Joseph Mackowiak;

2. Deposition of Doris Chambers;

3. Deposition of Lanesia Washington;

4. Deposition of Joseph Plick; and

5. Depositions of other personnel identified in discovery as having knowledge of the document destruction or the inadequacy of searches conducted pursuant to the FOIA requests currently at issue.

A memorandum of law and statement of material undisputed facts in support of this motion is submitted herewith.

Date: June 9, 2011               Respectfully submitted,

_____/s/_____
Robert D. Luskin, D.C. Bar # 293621
Benjamin D. Wood, D.C. Bar # 478799
Edward D. Gehres, III, D.C. Bar # 478565
Haven G. Ward, D.C. Bar # 976090
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document with the Court on the Electronic Case Filing (ECF) System on June 9, 2011. I understand that the ECF system will transmit a copy of this document by email to all counsel of record in this matter.

s/ Edward D. Gehres, III
Edward D. Gehres, III