# EXHIBIT 2

Rock Dust Sample Submission Form                                                                                                    Page 1 of 1

| Rock Dust Sample Submission Form | U.S. Department of Labor |
| --- | --- |
|  | Mine Safety and Health Administration |

☐ Spot  ☒ Survey

| Collector | | Field Office | | F. O. Code |
| --- | --- | --- | --- | --- |
| (b) (7)(C)   (24689) | | Mt. Hope, WV | | 0401 |
| Inspector Email | Supervisor Email | Clerk Email | | Manager Email |
| (b) (7)(C) | Moore.Thomas@DOL.GOV | Vaynes.Carolyn@DOL.GOV | | Selfe.Lincoln@DOL.GOV |
| Mine ID | Mine | | Company | |
| 46-08436 | UPPER BIG BRANCH MINE-SOUTH | | PERFORMANCE COAL COMPANY | |
| Event Number | MMU #1 | Super-Section | MMU #2 | Date Collected |
| 5286108 | 066-0 (A) | Yes | 067-0 | 01-26-2010 |
| Sampling Area | | | Zero Point | |
| 3 Unit | | | 20 feet inby spad # 24330 # 5 entry | |
| Collector's Comments | ending point 30 feet outby spad # 24366 # 1 entry | | | |

☐ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (if App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 1A1 | Wet | 0+0 | R | 0.0 |  |  |  |  |  |
| 847817 | 1B1 | Band | 0+0(RED) | I | 0.0 |  |  | 47.9 | 65 | No |
| 847818 | 1C1 | Band | 0+0(RED) | I | 0.0 |  |  | 57.2 | 65 | No |
|  | 1D1 | Wet | 0+0 | I | 0.0 |  |  |  |  |  |
|  | 1E1 | Wet | 0+0 | I | 0.0 |  |  |  |  |  |
|  | 1F1 | Wet | 0+0 | I | 0.0 |  |  |  |  |  |
|  | 1G1 | Wet | 0+0 | R | 0.0 |  |  |  |  |  |
|  | 1A2 | Wet | 0+300 | R | 0.0 |  |  |  |  |  |
|  | 1B2 | Wet | 0+300 | I | 0.0 |  |  |  |  |  |
|  | 1C2 | Wet | 0+300 | I | 0.0 |  |  |  |  |  |
|  | 1D2 | Wet | 0+300 | I | 0.0 |  |  |  |  |  |
|  | 1E2 | Wet | 0+300 | I | 0.0 |  |  |  |  |  |
|  | 1F2 | Wet | 0+300 | I | 0.0 |  |  |  |  |  |
|  | 1G2 | Wet | 0+300 | R | 0.0 |  |  |  |  |  |

For Laboratory Use Only

| Date Received | Lab Numbers | Date Emailed |
| --- | --- | --- |
| 01-28-2010 | 847817 to 847818 | 02-02-2010 |
| Lab Comments | | SURVEY IS NON-COMPLIANT |

MSHA Form 2000-156, Jun 81 (revised)

# Rock Dust Sample Submission Form

**U.S. Department of Labor**
Mine Safety and Health Administration



☐ Spot  ☑ Survey

| Field | Value |
|---|---|
| Collector | (b) (7)(C)  (24320) |
| Field Office | Mt. Hope, WV |
| F.O. Code | 0401 |
| Inspector Email | (b) (7)(C) |
| Supervisor Email | Richmond.Roger@DOL.GOV |
| Clerk Email | Vaynes.Carolyn@DOL.GOV |
| Manager Email | Selfe.Lincoln@DOL.GOV |
| Mine ID | 46-08436 |
| Mine | UPPER BIG BRANCH MINE-SOUTH |
| Company | PERFORMANCE COAL COMPANY |
| Event Number | 6288652 |
| MMU #1 | 062-0 (A) |
| Super-Section | Yes |
| MMU #2 | 063-0 |
| Date Collected | 12/22/2009 |
| Sampling Area | #4 SECTION |
| Zero Point | #5 ENTRY SPAD#23915 |
| Collector's Comments | ENDING POINT #5 ENTRY SPAD#24233 |

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 847100 | 1-A-1 | Band | 0-500 #1 ENTRY | R | 0.0 | | | 56.6 | 80 | No |
| 847101 | 1-A-2 | Roof/Rib | 0-1000 #1 ENTRY | R | 0.0 | | | 73.9 | 80 | No |
| | 1-A-3 | Wet | 0-1500 #1 ENTRY | R | 0.0 | | | | | |
| | 1-A-3X | Wet | 0-1500 #1 RIGHT | R | 0.0 | | | | | |
| 847102 | 1-A-4 | Band | 0-2000 #1 ENTRY | R | 0.0 | | | 64.9 | 80 | No |
| 847103 | 1-B-1 | Band | 0-500 #2 ENTRY | I | 0.0 | | | 46 | 65 | No |
| | 1-B-2 | Wet | 0-1000 #2 ENTRY | I | 0.0 | | | | | |
| | 1-B-3 | Wet | 0-1500 #2 ENTRY | R | 0.0 | | | | | |
| 847104 | 1-B-3X | Band | 0-1500 #2 RIGHT | R | 0.0 | | | 70.9 | 80 | No |
| 847105 | 1-B-4 | Band | 0-2000 #2 ENTRY | R | 0.0 | | | 48.8 | 80 | No |
| | 1-C-1 | Wet | 0-500 #3 ENTRY | I | 0.0 | | | | | |
| | 1-C-2 | Wet | 0-1000 #3 ENTRY | I | 0.0 | | | | | |
| 847106 | 1-C-3 | Band | 0-1500 #3 ENTRY | R | 0.0 | | | 67.2 | 80 | No |
| 847107 | 1-C-3X | Band | 0-1500 #3 RIGHT | R | 0.0 | | | 72.5 | 80 | No |
| 847108 | 1-C-4 | Band | 0-2000 #3 ENTRY | I | 0.0 | | | 55.8 | 65 | No |
| 847109 | 1-D-1 | Band | 0-500 #4 ENTRY | I | 0.0 | | | 69.2 | 65 | Yes |
| | 1-D-2 | Wet | 0-1000 #4 ENTRY | I | 0.0 | | | | | |
| 847110 | 1-D-3 | Band | 0-1500 #4 ENTRY | R | 0.0 | | | 58.6 | 80 | No |
| | 1-D-3X | Wet | 0-1500 #4 RIGHT | R | 0.0 | | | | | |
| 847111 | 1-D-4 | Band | 0-2000 #4 ENTRY | I | 0.0 | | | 61.3 | 65 | No |

**For Laboratory Use Only**

| Date Received | 1/25/2010 | Lab Numbers | 847100 to 847121 | Date Emailed | 1/28/2010 |
|---|---|---|---|---|---|

Lab Comments

**SURVEY IS NON-COMPLIANT**

# Rock Dust Sample Submission Form

**U.S. Department of Labor**
Mine Safety and Health Administration



☐ Spot   ☑ Survey

| Collector | (b) (7)(C) (24320) | Field Office | Mt. Hope, WV | F.O. Code | 0401 |

| Inspector Email | Supervisor Email | Clerk Email | Manager Email |
|---|---|---|---|
| (b) (7)(C) | Richmond.Roger@DOL.GOV | Vaynes.Carolyn@DOL.GOV | Selfe.Lincoln@DOL.GOV |

| Mine ID | 46-08436 | Mine | UPPER BIG BRANCH MINE-SOUTH | Company | PERFORMANCE COAL COMPANY |

| Event Number | 6288652 | MMU #1 | 062-0 (A) | Super-Section | Yes | MMU #2 | 063-0 | Date Collected | 12/22/2009 |

| Sampling Area | #4 SECTION | Zero Point | #5 ENTRY SPAD#23915 |

Collector's Comments: ENDING POINT #5 ENTRY SPAD#24233

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 847112 | 1-E-1 | Roof/Rib | 0-500 #5 ENTRY | I | 0.0 | | | 65.2 | 65 | Yes |
| | 1-E-2 | Wet | 0-1000 #5 ENTRY | I | 0.0 | | | | | |
| | 1-E-3 | Wet | 0-1500 #5 ENTRY | R | 0.0 | | | | | |
| 847113 | 1-E-3X | Band | 0-1500 #5 RIGHT | R | 0.0 | | | 55.9 | 80 | No |
| 847114 | 1-E-4 | Band | 0-2000 #5 ENTRY | R | 0.0 | | | 55.3 | 80 | No |
| 847115 | 1-F-1 | Band | 0-500 #6 ENTRY | I | 0.0 | | | 69.3 | 65 | Yes |
| 847116 | 1-F-2 | Band | 0-1000 #6 ENTRY | I | 0.0 | | | 44.2 | 65 | No |
| 847117 | 1-F-3 | Band | 0-1500 #6 ENTRY | R | 0.0 | | | 50.5 | 80 | No |
| 847118 | 1-F-3X | Band | 0-1500 #6 RIGHT | R | 0.0 | | | 57.6 | 80 | No |
| | 1-G-1 | Wet | 0-500 #7 ENTRY | R | 0.0 | | | | | |
| 847119 | 1-G-2 | Band | 0-1000 #7 ENTRY | R | 0.0 | | | 41.6 | 80 | No |
| 847120 | 1-G-3 | Band | 0-1500 #7 ENTRY | R | 0.0 | | | 36.1 | 80 | No |
| 847121 | 1-G-3X | Band | 0-1500 #7 RIGHT | R | 0.0 | | | 50.1 | 80 | No |

For Laboratory Use Only

| Date Received | 1/25/2010 | Lab Numbers | 847100 to 847121 | Date Emailed | 1/28/2010 |

Lab Comments

**SURVEY IS NON-COMPLIANT**

MSHA000005



| Rock Dust Sample Submission Form | U.S. Department of Labor |
|---|---|
| | Mine Safety and Health Administration |

☐ Spot   ☑ Survey

| Collector | (b) (7)(C) 24689 | Field Office | Mt. Hope, WV | F.O. Code | 0401 |
|---|---|---|---|---|---|
| Inspector Email (b) (7)(C) | Supervisor Email Moore.Thomas@DOL.GOV | | Clerk Email Vaynes.Carolyn@DOL.GOV | Manager Email Selfe.Lincoln@DOL.GOV | |
| Mine ID  46-08436 | Mine  UPPER BIG BRANCH MINE-SOUTH | | | Company  PERFORMANCE COAL COMPANY | |
| Event Number  6286108 | MMU #1  066-0 (A) | Super-Section  Yes | MMU #2  067-0 | | Date Collected  1/26/2010 |
| Sampling Area  3 Unit | | Zero Point  20 feet inby spad # 24330 # 5 entry | | | |
| Collector's Comments | ending point 30 feet outby spad # 24366 # 1 entry | | | | |

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1A1 | Wet | 0+0 | R | 0.0 | | | | | |
| | 1A2 | Wet | 0+300 | R | 0.0 | | | | | |
| 847817 | 1B1 | Band | 0+0(RED) | I | 0.0 | | | 47.9 | 65 | No |
| | 1B2 | Wet | 0+300 | I | 0.0 | | | | | |
| 847818 | 1C1 | Band | 0+0(RED) | I | 0.0 | | | 57.2 | 65 | No |
| | 1C2 | Wet | 0+300 | I | 0.0 | | | | | |
| | 1D1 | Wet | 0+0 | I | 0.0 | | | | | |
| | 1D2 | Wet | 0+300 | I | 0.0 | | | | | |
| | 1E1 | Wet | 0+0 | I | 0.0 | | | | | |
| | 1E2 | Wet | 0+300 | I | 0.0 | | | | | |
| | 1F1 | Wet | 0+0 | I | 0.0 | | | | | |
| | 1F2 | Wet | 0+300 | I | 0.0 | | | | | |
| | 1G1 | Wet | 0+0 | R | 0.0 | | | | | |
| | 1G2 | Wet | 0+300 | R | 0.0 | | | | | |

For Laboratory Use Only

| Date Received  1/28/2010 | Lab Numbers  847817  to  847818 | Date Emailed  6/15/2010 |
|---|---|---|

Lab Comments

**SURVEY IS NON-COMPLIANT**

MSHA Form 2000-156, Jun 81 (revised)        4608436_0660A_20100126.xml        Page 1 of 1

MSHA000020

# Rock Dust Sample Submission Form

**U.S. Department of Labor**
Mine Safety and Health Administration



- [ ] Spot
- [x] Survey

| Collector | (b) (7)(C) (24675) | Field Office | Mt. Hope, WV | F.O. Code | 0401 |
|---|---|---|---|---|---|

| Inspector Email | Supervisor Email | Clerk Email | Manager Email |
|---|---|---|---|
| (b) (7)(C) | Moore.Thomas@DOL.GOV | Vaynes.Carolyn@DOL.GOV | Selfe.Lincoln@DOL.GOV |

| Mine ID | 46-08436 | Mine | UPPER BIG BRANCH MINE-SOUTH | Company | PERFORMANCE COAL COMPANY |
|---|---|---|---|---|---|
| Event Number | 6286108 | MMU #1 062-0 (A) | Super-Section No | MMU #2 | Date Collected 2/18/2010 |
| Sampling Area | No.4 (Barrier) section | | | Zero Point | Spad No.6985 |

**Collector's Comments**   This section has not advanced 500 feet from last survey.

- [x] Advancing
- [ ] Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1A1 | No Sample | 0+50 | R | 0.0 | | | | | |

**For Laboratory Use Only**

| Date Received | Lab Numbers | to | Date Emailed | 6/15/2010 |
|---|---|---|---|---|

Lab Comments

MSHA Form 2000-156, Jun 81 (revised)    4608436_0620A_20100218.xml    Page 1 of 1

MSHA000021

| Rock Dust Sample Submission Form | U.S. Department of Labor<br>Mine Safety and Health Administration |  |

☐ Spot   ☑ Survey

| Collector | (b) (7)(C)  24675) | Field Office | Mt. Hope, WV | F.O. Code | 0401 |
| Inspector Email<br>(b) (7)(C) | Supervisor Email<br>Moore.Thomas@DOL.GOV | Clerk Email<br>Vaynes.Carolyn@DOL.GOV | Manager Email<br>Selfe.Lincoln@DOL.GOV |
| Mine ID  46-08436 | Mine  UPPER BIG BRANCH MINE-SOUTH | Company  PERFORMANCE COAL COMPANY |
| Event Number  6286108 | MMU #1  029-0 (A) | Super-Section  No | MMU #2 | Date Collected  3/15/2010 |
| Sampling Area  No.1 Section | | Zero Point  50 feet inby Spad No.24202 in the No.2 entry |

Collector's Comments   Ending point is 50 feet outby Spad No. 24446 in the No.2 entry

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 859307 | 1A1 | Band | 0+00(GREEN) | R | 0.0 | | | 96.2 | 80 | Yes |
| | 1A2 | Wet | 0+500 | R | 0.0 | | | | | |
| 859308 | 1A3 | Rib | 0+1000(YELLOW) | R | 0.2 | | | 87.4 | 80.8 | Yes |
| | 1A4 | Wet | 0+1500 | R | 0.0 | | | | | |
| 859309 | 1B1 | Band | 0+00(YELLOW) | I | 0.0 | | | 82.1 | 65 | Yes |
| 859310 | 1B2 | Band | 0+500(YELLOW) | I | 0.0 | | | 86 | 65 | Yes |
| 859311 | 1B3 | Rib/Floor | 0+1000(YELLOW) | I | 0.0 | | | 89.9 | 65 | Yes |
| 859312 | 1B3X | Band | 0+550(GREEN) | I | 0.0 | | | 85.5 | 65 | Yes |
| 859313 | 1B4 | Rib/Floor | 0+1500(RED) | I | 0.0 | | | 85.3 | 65 | Yes |
| | 1C1 | Wet | 0+00 | R | 0.0 | | | | | |
| | 1C2 | Wet | 0+500 | R | 0.0 | | | | | |
| | 1C3 | Wet | 0+1000 | R | 0.0 | | | | | |
| 859314 | 1C3X | Band | 0+550(RED) | R | 0.0 | | | 77 | 80 | No |
| | 1C4 | Wet | 0+1500 | R | 0.0 | | | | | |

For Laboratory Use Only

| Date Received  3/16/2010 | Lab Numbers  859307  to  859314 | Date Emailed  6/15/2010 |

Lab Comments   ADDED CDEM RESULTS. JDC 04/06/2010

**SURVEY IS NON-COMPLIANT**

MSHA Form 2000-156, Jun 81 (revised)          4608436_0290A_20100315.xml          Page 1 of 1

MSHA000022

# Rock Dust Sample Submission Form

**U.S. Department of Labor**
Mine Safety and Health Administration

- [ ] Spot
- [x] Survey

| Collector | (b) (7)(C) (24675) | Field Office | Mt. Hope, WV | F.O. Code | 0401 |

| Inspector Email | Supervisor Email | Clerk Email | Manager Email |
|---|---|---|---|
| (b) (7)(C) | Moore.Thomas@DOL.GOV | Vaynes.Carolyn@DOL.GOV | Selfe.Lincoln@DOL.GOV |

| Mine ID | 46-08436 | Mine | UPPER BIG BRANCH MINE-SOUTH | Company | PERFORMANCE COAL COMPANY |

| Event Number | 6286108 | MMU #1 | 040-0 (A) | Super-Section | No | MMU #2 | | Date Collected | 3/16/2010 |

| Sampling Area | No.2 Section | | | Zero Point | Spad No.22790 |

**Collector's Comments**   Section has not advanced 500 feet from last survey.

- [x] Advancing
- [ ] Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1A1 | No Sample | 0+50 | R | 0.0 | | | | | |

**For Laboratory Use Only**

| Date Received | | Lab Numbers | to | Date Emailed | 6/15/2010 |

Lab Comments

MSHA Form 2000-156, Jun 81 (revised)        4608436_0400A_20100316.xml        Page 1 of 1

MSHA000023

| Rock Dust Sample Submission Form | U.S. Department of Labor<br>Mine Safety and Health Administration |  |
|---|---|---|

☑ Spot  ☐ Survey   No. 1

| Collector | (b) (7)(C)   (23644) | Field Office | Mt. Hope, WV | F.O. Code | 0401 |
|---|---|---|---|---|---|

| Inspector Email<br>(b) (7)(C) | Supervisor Email<br>Prince.Paul@DOL.GOV | Clerk Email<br>Wilson, Terry@DOL.GOV | Manager Email<br>Kline.Richard@DOL.GOV |
|---|---|---|---|

| Mine ID | 46-08436 | Mine | UPPER BIG BRANCH MINE-SOUTH | Company | PERFORMANCE COAL COMPANY |
|---|---|---|---|---|---|

| Event Number | 6286108 | MMU #1 | 062-0 (A) | Super-Section | No | MMU #2 | | Date Collected | 3/17/2010 |
|---|---|---|---|---|---|---|---|---|---|

| Sampling Area | Barrier Mains | Zero Point | 1 break outby No. 6 face 20 feet inby SS 24532 |
|---|---|---|---|

Collector's Comments

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 856560 | No. 1 | Rib/Floor | @ 20 feet inby SS24532, No. 6 entry | I | 0.0 | | | 79.5 | 65 | Yes |

For Laboratory Use Only

| Date Received | 3/18/2010 | Lab Numbers | 856560 | to | 856560 | Date Emailed | 6/15/2010 |
|---|---|---|---|---|---|---|---|

Lab Comments

**SURVEY IS COMPLIANT**

MSHA Form 2000-156, Jun 81 (revised)    4608436_0620A_20100317.xml    Page 1 of 1

MSHA000024



# Rock Dust Sample Submission Form

**U.S. Department of Labor**
Mine Safety and Health Administration

☐ Spot    ☑ Survey

| Collector | Field Office | F. O. Code |
|---|---|---|
| (b) (7)(C)  (24675) | Mt. Hope, WV | 0401 |

| Inspector Email | Supervisor Email | Clerk Email | Manager Email |
|---|---|---|---|
| (b) (7)(C) | Moore.Thomas@DOL.GOV | Vaynes.Carolyn@DOL.GOV | Selfe.Lincoln@DOL.GOV |

| Mine ID | Mine | Company |
|---|---|---|
| 46-08436 | UPPER BIG BRANCH MINE-SOUTH | PERFORMANCE COAL COMPANY |

| Event Number | MMU #1 | Super-Section | MMU #2 | Date Collected |
|---|---|---|---|---|
| 6286108 | 029-0 (A) | No | | 03-15-2010 |

| Sampling Area | Zero Point |
|---|---|
| No.1 Section | 50 feet inby Spad No.24202 in the No.2 entry |

**Collector's Comments**   Ending point is 50 feet outby Spad No. 24446 in the No.2 entry

☑ Advancing
☐ Retreating

| Lab Number | Bag Number | Sample Type | Location in Mine | Intake/ Return | Handheld CH4 | Bottle No. (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
|---|---|---|---|---|---|---|---|---|---|---|
| 859307 | 1A1 | Band | 0+00(GREEN) | R | 0.0 | | | 96.2 | 80 | Yes |
| | 1A2 | Wet | 0+500 | R | 0.0 | | | | | |
| 859308 | 1A3 | Rib | 0+1000(YELLOW) | R | 0.2 | | | 87.4 | 80.8 | Yes |
| | 1A4 | Wet | 0+1500 | R | 0.0 | | | | | |
| 859309 | 1B1 | Band | 0+00(YELLOW) | I | 0.0 | | | 82.1 | 65 | Yes |
| 859310 | 1B2 | Band | 0+500(YELLOW) | I | 0.0 | | | 86.0 | 65 | Yes |
| 859312 | 1B3X | Band | 0+550(GREEN) | I | 0.0 | | | 85.5 | 65 | Yes |
| 859311 | 1B3 | Rib/Floor | 0+1000(YELLOW) | I | 0.0 | | | 89.9 | 65 | Yes |
| 859313 | 1B4 | Rib/Floor | 0+1500(RED) | I | 0.0 | | | 85.3 | 65 | Yes |
| | 1C1 | Wet | 0+00 | R | 0.0 | | | | | |
| | 1C2 | Wet | 0+500 | R | 0.0 | | | | | |
| 859314 | 1C3X | Band | 0+550(RED) | R | 0.0 | | | 77.0 | 80 | No |
| | 1C3 | Wet | 0+1000 | R | 0.0 | | | | | |
| | 1C4 | Wet | 0+1500 | R | 0.0 | | | | | |

**For Laboratory Use Only**

| Date Received | Lab Numbers | Date Emailed |
|---|---|---|
| 03-16-2010 | 859307 to 859314 | 04-08-2010 |

**Lab Comments**
ADDED CDEM RESULTS. JDC 04/06/2010

**SURVEY IS NON-COMPLIANT**

MSHA Form 2000-156, Jun 81 (revised)

MSHA000025

file://D:\Documents and Settings\moore.thomas\Local Settings\Temporary Internet Files\OLK57\RockDust...   4/8/2010