# EXHIBIT 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERFORMANCE COAL COMPANY )
and ALLEN GUTHRIE & THOMAS, )
PLLC, )
                 Plaintiffs, )
                  )
                 v. )       Civil Action No. 1:10-cv-01698-RJL
                  )
U.S. DEPARTMENT OF LABOR and )
MINE SAFETY AND HEALTH )
ADMINISTRATION, )
                 Defendants. )

## DECLARATION OF PHILLIP ELLIS

Phillip Ellis, pursuant to 28 U.S.C. § 1746, submits the following declaration:

1. I am over eighteen (18) years of age, am competent to make this Declaration and, except where explicitly stated otherwise, have personal knowledge of the facts below. I would testify truthfully to the facts and opinions set forth herein if called upon to do so.

2. I am currently employed by Independence Coal Company ("Independence") as Vice President, a position I have held continuously since February 2010.

3. On April 5, 2010, an accident at Performance Coal Company's ("Performance") Upper Big Branch mine took the lives of 29 coal miners. Independence's Justice No. 1 mine, like Upper Big Branch mine prior to the April 5, 2010 accident, operates an active longwall mining section.

4. Justice No. 1 mine and the Upper Big Branch mine fall under the supervision of Mine Safety and Health Administration ("MSHA") Coal Mine Safety and Health District 4 ("MSHA District 4"). Joseph Mackowiak is currently the ventilation supervisor for MSHA District 4 and has

served in that capacity since I assumed my current position of Vice President of Independence in February 2010.

5. On or about April 23, 2010, Mr. Mackowiak visited Justice No. 1 mine and effectively shut down all mining operations by issuing, or authorizing the issuance of, a number of citations regarding the ventilation of Justice No. 1 mine.

6. In the weeks and months following the April 23, 2010 citations at Justice No. 1 mine, I, along with a number of my colleagues, met on multiple occasions with Mr. Mackowiak and other MSHA representatives at MSHA's Mt. Hope facility. I was frequently accompanied at these meetings by my colleague Bill Ross, former Manager of Technical Services for Massey Coal Services. Prior to working for Massey, Mr. Ross was employed by MSHA as the District 4 ventilation supervisor, the position currently held by Mr. Mackowiak.

7. On one such trip to Mt. Hope with Mr. Ross in or around May 2010, Mr. Ross and I spoke with MSHA employee Doris Chambers. Ms. Chambers worked for Mr. Ross as his secretary when Mr. Ross was employed by MSHA. Ms. Chambers also previously worked for Mr. Mackowiak.

8. During this conversation, Ms. Chambers stated that Mr. Mackowiak had thrown away a number of important government documents in a suspicious manner. According to Ms. Chambers, the destruction of these documents by Mr. Mackowiak was contrary to MSHA's document retention policy. Ms. Chambers said that there were documents pertaining to the Upper Big Branch mine included among the documents that were destroyed.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 9, 2011

_____
Phillip Ellis