IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFORMANCE COAL COMPANY<br><br>and<br><br>ALLEN GUTHRIE & THOMAS, PLLC<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES<br>DEPARTMENT OF LABOR<br><br>and<br><br>MINE SAFETY AND HEALTH<br>ADMINISTRATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:10-cv-01698<br>)                    (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOSEPH J. PLICK

I, Joseph J. Plick, declare as follows:

1. I am currently employed as Counsel for the Freedom of Information Act ("FOIA"), the Federal Advisory Committee Act, and the Privacy Act of 1974 within the Management and Administrative Legal Services Division at the Office of the Solicitor ("SOL"), United States Department of Labor ("DOL"). I have been employed in this capacity since 2006. My responsibilities include supervising attorneys who assist the Department of Justice (DOJ) in defending FOIA and Privacy Act cases brought against DOL and providing legal advice to DOL

EXHIBIT 2-A

regarding the implementation of the FOIA and Privacy Act. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

2. The purpose of this declaration is to supplement the information that was provided to the Court on May 9, 2011 as a part of DOL's Partial Motion for Summary Judgment regarding: (1) DOL's response to the FOIA request dated, August 18, 2010, from Benjamin D. Wood of Patton Boggs, LLP, an attorney for plaintiffs, to Robert Hardman, District Manager, DOL, Mine Safety and Health Administration (MSHA) (hereinafter referred to as the "Wagner request").

## I. CORRESPONDENCE

3. On April 5, 2010, an explosion occurred at the Performance Coal Company's Upper Big Branch Mine-South (UBB), located in Moncoal, West Virginia. Twenty-nine miners were killed and two other were injured as a result of the explosion. The owner of UBB is Massey Energy Company (Massey).

4. Subsequent to the explosion, Massey officials made numerous public statements in an attempt to shift the blame for the explosion from Massey to MSHA. Massey officials made claims that the explosion was caused because, among other things, MSHA forced changes in UBB's ventilation plan, over Massey's objection.

5. As discussed more fully in DOL's May 9, 2011 Partial Motion for Summary Judgment in an effort to publicly respond to Massey's claims, on or about July 20, 2010, DOL provided its response to the news media.

6. On August 18, 2010, plaintiffs submitted a FOIA request to MSHA seeking the following information:

    a. The Memorandum

    b. Any draft or alternative version of the Memorandum

    c. All materials and documents considered, reviewed, or relied upon by any person in drafting all or part of the Memorandum

    d. All materials and documents considered, reviewed, or relied upon by any person in providing input into the contents of the Memorandum

    e. All communications between MSHA and the Department of Labor's Office of the Solicitor regarding or concerning the Memorandum, and

    f. All communications between MSHA and the Department of Labor's Office of the Solicitor regarding or concerning any matter or subject discussed in the Memorandum.

7. In response to plaintiffs' FOIA request, on September 30, 2011, DOL reprocessed and released an additional 97 pages in full and 3 pages in part.

8. Information that was previously withheld, continues to be withheld under Exemption 5 based upon the reasons stated in my previous declaration filed as a part of this litigation as an Exhibit to DOL's May 9, 2011 Motion for Summary Judgment in Part. *See also*, Revised Wagner Vaughn Index, Exhibit G-1.

9. With respect to certain documents that were being withheld under exemption 5, 5 U.S.C. § 552(b)(5), DOL has re-examined and determined that there is no longer any foreseeable harm from disclosing them at this time. Therefore, we are making a discretionary disclosure of the following records: Bates Nos. 000043 - 000077; 000079; 000113 – 000119; 000136 – 000149; 000151 – 000156; 000165 – 000178; 000210 – 000222; 000226; 000351 – 000356; 000359; 000360 – 000365; 000366; and 000367 - 000372.

10. All reasonably segregable portions of the records have been released to plaintiffs after the appropriate exemptions were applied to the documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct hereto.

Executed this 4th day of October 2011.

_____
Joseph J. Plick
Counsel
Division of Management and
 Administrative Legal Services
U.S. Department of Labor
200 Constitution Ave., N.W., Suite N-2428
Washington, D.C. 20210