IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERFORMANCE COAL COMPANY, *et al.*, Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) Civ. Act. No: 10-1698 (RJL) ) ) ) ) ) ) ) ) ) ) |

### DECLARATION OF DORIS ANN CHAMBERS

I, Doris Ann Chambers, declare as follows:

1. I have been employed by the U.S. Department of Labor ("DOL"), Mine Safety and Health Administration ("MSHA") since March 2000. During that time, I worked as the Ventilation and Assistant District Manager for Enforcement (ADM) Secretary. My responsibilities included ensuring that documents submitted to District 4 were accurate and complete, keeping track of all ventilation plans submitted by the mine operators, making travel arrangements, keeping time records, greeting all visitors, answering Hotline calls, and performing clerical and various administrative tasks.

2. The statements contained in this declaration are based upon my personal knowledge, information provided to me in my official capacity, and conclusions and determinations reached and made in accordance therewith.

1

3. The purpose of this declaration is to provide the Court with a response to false allegations made by the declarants, William Lowell "Bill" Ross and Phillip Ellis, that I observed Joseph Mackowiak removing and destroying "trash bags filled with documents" and throwing "away a number of important government documents in a suspicious manner" from the MSHA's District 4 office, located in Mount Hope, West Virginia. Ross Decl. ¶ 17 and Ellis Decl. ¶ 8.

4. On April 5, 2010, an explosion occurred at the Performance Coal Company's Upper Big Branch Mine-South (UBB), located in Montcoal, West Virginia. Twenty-nine miners were killed and two others were injured as a result of the explosion. The owner of UBB is Massey Energy Company (Massey). Performance Coal UBB is located within District 4 office's boundaries.

5. During the period beginning 2005 and ending October 2007, I was employed as the Ventilation Secretary for William Lowell "Bill" Ross. My duties were the same as those listed in paragraph 1 above. I worked as Mr. Ross' secretary until he retired in April 2008.

6. It is my understanding that Mr. Ross was hired by Performance Coal in April 2008 and was employed as the Massey Coal Services Manager of Technical Services.

7. It is my understanding that Joseph C. Mackowiak was promoted to Ventilation Supervisor June 2008 and assumed Mr. Ross' former duties at MSHA. After Mr. Ross' retirement, I continued to work as the ADM Secretary for Mr. Luther Marrs, Assistant District Manager. Although I have assisted on occasion, I never worked directly for Mr. Mackowiak.

8. After Mr. Ross' retirement, he has visited the District 4 office while doing business for Performance Coal Company. I am aware that on occasion, Mr. Phillip Ellis accompanied Mr. Ross on trips to the District 4 office. In my capacity as ADM Secretary, I have had an occasion to speak to Messrs. Ross and Ellis about MSHA business and matters related to Performance Coal.

9. At no time did I ever tell Mr. Ross or Mr. Ellis that Joseph C. Mackowiak removed, destroyed, or transported "trash bags filled with documents" and threw "away a number of important government documents in a suspicious manner" from the MSHA's District 4 office.

10. At no time did I ever observe or have knowledge that Mr. Mackowiak removed, destroyed, or transported "trash bags filled with documents" and throw "away a number of important government documents in a suspicious manner" from MSHA's District 4 office.

11. To my knowledge, the files that were maintained and left by Mr. Ross upon his departure from MSHA in 2008, still remain in the same file cabinets within the District 4 offices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of September, 2011

*Doris Ann Chambers*
DORIS ANN CHAMBERS
[TITLE]
Mine Safety and Health Administration
U.S. Department of Labor
District 4, Mt. Hope, West Virginia

4