**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PERFORMANCE COAL COMPANY,** | ) | |
| *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| Vs. | ) | Civ. Act. No.: 10-1698 (RJL) |
| | ) | |
| **UNITED STATES** | ) | |
| **DEPARTMENT OF LABOR** | ) | |
| *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**<u>DEFENDANTS' NOTICE OF FILING EXHIBITS TO DEFENDANTS'OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, through Counsel, respectfully submit this Notice of Filing to their Opposition and Reply (ECF Nos. 52/53). Although the Exhibits pertain to Defendants' Opposition and Reply, they are only being filed under ECF No. 52 because the Opposition and Reply are the same document. 1) Lanesia Washington's Supplemental Declaration with attached Exhibits; 2) Joseph Mackowiak's Declaration; 3) Exhibit 16-the "Wagner Memorandum Request" supplemental release letter; 4) Exhibit K;[1] as well as 5) a Comprehensive Exhibit List are all attached to this Notice of Filing. Defendants' Opposition and Reply was filed on October 5, 2011 (ECF Nos. 52/53). Defendants inadvertently did not file these Exhibits at the time of the October 5, 2011 filing.

                  Respectfully submitted,

                  RONALD C. MACHEN JR.
                  DC BAR #447-889
                  United States Attorney
                  For the District of Columbia

---

[1] Exhibit K was mistakenly filed on October 5, 2011 as Exhibit H.

                                                RUDOLPH CONTRERAS,
                                                D.C. BAR # 434122
                                                Chief, Civil Division

                                                /s/

By:       _____
              HEATHER D. GRAHAM-OLIVER
              Assistant United States Attorney
              Judiciary Center Building
              555 4th St., N.W.
              Washington, D.C. 20530
              (202) 305-1334
              heather.graham-oliver@usdoj.gov

Of Counsel:
Princina Stone, Attorney-Advisor
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210